## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:16-CV-01455-RBJ

CBC WEST RANGE I, LLC, a
Colorado limited liability company,

Plaintiff,

v.

AMG & ASSOCIATES, LLC, a
California limited liability company, and
ALEXIS GEVORGIAN, an individual,

       Defendants.
_____

### JOINT MOTION TO DISMISS
_____

       CBC West Range I, LLC and Defendants Alexis Gevorgian and AMG & Associates, LLC, through their undersigned counsel, submit this Joint Motion to Dismiss, as follows:

1.     On June 14, 2016, the underlying action was initiated. [Dkt. No. 1.]

2.     On August 16, 2017, the parties notified the Court that they had engaged in formal mediation and were able to reach a settlement in principle and that certain conditions of the settlement would likely be completed within 30 days. [Dkt. No. 48.]

3.     On August 17, 2017, the Court entered an Order requiring the parties to submit dismal papers in this action no later than September 18, 2017. [Dkt. No. 51.]

4.     The terms of the settlement agreement have been met.

5.     As such, the parties, through their undersigned attorneys, hereby move the Court to enter an order dismissing this action, with prejudice.

6.     Each party is responsible for payment of their own attorneys' fees and costs.

Respectfully submitted this 18th day of September, 2017.

| STINSON LEONARD STREET LLP | ROBINSON WATERS & O'DORISIO, P.C. |
|---|---|
| *s/ Zane A. Gilmer* | s/ *Kimberly A. Bruetsch* |
| Zane A. Gilmer | Stephen L. Waters |
| Perry L. Glantz | Kimberly A. Bruetsch |
| 6400 S. Fiddlers Green Circle, Suite 1900 | Robinson Waters & O'Dorisio, P.C. |
| Greenwood Village, CO 80111 | 1099 18th Street, Suite 2600 |
| Telephone:     (303) 376-8400 | Denver, Colorado 80202 |
| Facsimile:      (303) 578-7969 | swaters@rwolaw.com |
| zane.gilmer@stinson.com | kbruetsch@rwolaw.com |
| perry.glantz@stinson.com | *ATTORNEYS FOR DEFENDANTS* |
| *ATTORNEYS FOR PLAINTIFF* | |